# MEMORANDUM CASES.

[S. F. No. 6758.    Department Two.—April 27, 1915.]

CREDIT CLEARANCE BUREAU (a Corporation), Appellant, v. CITY AND COUNTY OF SAN FRANCISCO, Respondent.

TAXATION—SAN FRANCISCO—ILLEGAL TAXES—DEMAND ON SUPERVISORS FOR REFUND.—Judgment reversed on the authority of *Otis* v. *City and County of San Francisco, ante,* p. 98.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco.    J. M. Seawell, Judge.

The facts are similar to those stated in the opinion in *Otis* v. *City and County of San Francisco, ante,* p. 98.

Edwin H. Williams, and L. S. Melsted, for Appellant.

Percy V. Long, City Attorney, and Jesse H. Steinhart, Assistant City Attorney, for Respondent.

THE COURT.—In this action the court sustained a general demurrer to plaintiff's complaint, which complaint is in all essentials the same as that considered in *Otis* v. *City and County of San Francisco* (S. F. No. 6498), *ante,* p. 98, [148 Pac. 933].

For the reasons therein given the court erred and the judgment is reversed and the cause remanded with directions to the trial court to overrule the defendant's demurrer.